UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANTHONY GREGOR**, *et al.*,

    **Plaintiffs,**

v.

    Case No. 2:21-cv-3999
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Elizabeth Preston Deavers

**RICE DRILLING D, LLC**, *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court on Defendant Rice Drilling D, LLC's Motion to Dismiss filed on July 30, 2021. (ECF No. 9.)  Plaintiff subsequently filed an Amended Complaint on August 20, 2021, (ECF No. 10) and Defendant filed an Answer to the Amended Complaint on September 30, 2021.  (ECF No. 11.)  Accordingly, Defendant's Motion to Dismiss (ECF No. 9) is rendered **MOOT.**  This case is to remain open.

    IT IS SO ORDERED.

**9/9/2021**                                                       **s/Edmund A. Sargus, Jr.**
**DATE**                                                        **EDMUND A. SARGUS, JR.**
                                                             **UNITED STATES DISTRICT JUDGE**